```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 39068
    SHEILA D MAXWELL
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK


         Debtor
    SSN XXX-XX-6185


------------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/20/04 and confirmed on 12/28/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  18000.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                               PAID              PAID
------------------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG          .00             .00               .00
CHASE HOME FINANCE         MORTGAGE ARRE      5589.28             .00           5589.28
NISSAN MOTOR ACCEPTANCE    SECURED                .00             .00               .00
ECAST SETTLEMENT CORP      UNSECURED         1292.65             .00            277.46
RESURGENT CAPITAL SERVIC   UNSECURED         1462.31             .00            313.88
SMC                        UNSECURED         1351.28             .00            290.04
RESURGENT CAPITAL SERVIC   UNSECURED        11170.87             .00           2397.75
ECAST SETTLEMENT CORPORA   UNSECURED         5431.96             .00           1165.93
CITIBANK NA                UNSECURED         NOT FILED           .00               .00
ECAST SETTLEMENT CORPORA   UNSECURED         9815.06             .00           2106.74
JC PENNEY CO               UNSECURED         NOT FILED           .00               .00
ECAST SETTLEMENT CORPORA   UNSECURED         2725.56             .00            585.02
ECAST SETTLEMENT CORPORA   UNSECURED        10801.40             .00           2318.45
BASS & ASSOCIATES          UNSECURED          868.81             .00            186.48
ECAST SETTLEMENT CORP      UNSECURED         2536.31             .00            544.40
ECAST SETTLEMENT CORP      UNSECURED         NOT FILED           .00               .00
WELLS FARGO FINANCIAL RE   UNSECURED          501.41             .00            107.62
         Summary of disbursements:
------------------------------------------------------------------------------------
                          SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        5589.28           .00     47957.62         .00       53546.90
PRINCIPAL PAID            5589.28           .00     10293.77         .00       15883.05
INTEREST PAID                 .00           .00          .00         .00            .00
TOTAL PAID                5589.28           .00     10293.77         .00       15883.05
The Debtor's attorney, LEGAL HELPERS PC                    , was allowed $   2200.00
and was paid $    800.00  direct and $   1400.00  through the plan.

The Trustee received $    716.95 .

Refunds to the Debtor totaled $       .00 .
```

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/10/08                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE